AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Daniel Miller Button | ) | Case No. 1:21 MJ 270 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 1, 2020 until July 27 2021 in the county of Forsyth in the Middle District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2261A(1)(A)&(B) | Interstate Stalking |
| 18 USC 2261A(2)(A)&(B) | Cyberstalking |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Zachary M. Neefe by cpy
Complainant's signature

Zachary M. Neefe, Special Agent - HSI
Printed name and title

Attested to by the applicant in
~~Sworn to before me and signed in my presence~~
according with the requirments of
Fed. R. Crim. P. 4.1 by telephone
Date: 07/27/21

City and state: Greensboro, North Carolina

Hon. L. Patrick Auld
Printed name and title