IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:21CR306-1
:
DANIEL MILLER BUTTON :

The Grand Jury charges:

COUNT ONE

From on or about April 1, 2020, continuing up to and including on or about July 27, 2021, the exact dates to the Grand Jurors unknown, in the Middle District of North Carolina, and elsewhere, DANIEL MILLER BUTTON, with the intent to injure, harass, and intimidate another person, identified herein as Victim-1, knowingly used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and facilities of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim-1, a person described in clause (i), (ii), or (iii) of Title 18, United States Code, Section 2261A(1)(A); in violation of Title 18, United States Code, Section 2261A(2).

## COUNT TWO

On or about May 19, 2021, in the Middle District of North Carolina, and elsewhere, DANIEL MILLER BUTTON knowingly and willfully did transmit in interstate and foreign commerce from Bethesda, in the County of Montgomery, in the District of Maryland, to Winston-Salem, in the County of Forsyth, in the Middle District of North Carolina, an email communication to Victim-1, which electronic communication contained a threat to injure the person of another, specifically a picture of a dismembered female with the words "[C]an't wait for this to be you;" in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

On or about June 24, 2021, in the County of Forsyth, in the Middle District of North Carolina, DANIEL MILLER BUTTON did knowingly possess any material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

2

## COUNT FOUR

On or about June 24, 2021, in the County of Forsyth, in the Middle District of North Carolina, and elsewhere, DANIEL MILLER BUTTON traveled in interstate commerce from the State of Maryland to the State and Middle District of North Carolina with the intent to injure, harass, and intimidate another person, identified herein as Victim-1, and in the course of and as a result of such travel caused substantial emotional distress to Victim-1, a person described in clause (i), (ii), or (iii) of Title 18, United States Code, Section 2261A(1)(A); in violation of Title 18, United States Code, Section 2261A.

DATED: August 30, 2021

SANDRA J. HAIRSTON
Acting United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL

FOREPERSON

3